# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.                             **CASE NO.** 25-CR-20058-DDC-ADM

**POLICARPIO CARLOS,**

        **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**CONSPIRACY TO DISTRIBUTE AND POSSESS
WITH INTENT TO DISTRIBUTE COCAINE AND FENTANYL
[21 U.S.C. § 846]**

Beginning in or about April of 2025, and continuing to on or about May 14, 2025, both dates being approximate and inclusive, in the District of Kansas and elsewhere, the defendant,

**POLICARPIO CARLOS,**

1

knowingly and intentionally combined, conspired, and agreed with other persons, both known and unknown to the grand jury, to distribute and possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, and 500 grams or more of a mixture and substance containing a detectable amount of cocaine, controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(vi), and 841(b)(1)(B)(ii).

In violation of Title 21, United States Code, Section 846.

## COUNT 2

### POSSESSION WITH INTENT TO DISTRIBUTE
### 400 GRAMS OR MORE OF FENTANYL
### [21 U.S.C. 841(a)(1) & (b)(1)(A)(vi)]

On or about May 14, 2025, in the District of Kansas, the defendant,

### POLICARPIO CARLOS,

knowingly and intentionally possessed with the intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(vi), and Title 18, United States Code, Section 2.

## COUNT 3

### POSSESSION OF A FIREARM IN FURTHERANCE
### OF A DRUG TRAFFICKING CRIME
### [18 U.S.C. § 924(c)(1)(A)(i)]

On or about May 14, 2025, in the District of Kansas, the defendant,

### POLICARPIO CARLOS,

knowingly possessed a firearm (identified as a Polymer80 9mm pistol, model PF940SC, with no serial number), in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with the intent to distribute 400 grams or more a mixture and substance containing a detectable amount of fentanyl, a controlled substance, as charged in Counts 1 and 2 of this Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i).

### FORFEITURE NOTICE

1.	The allegations contained in Counts 1 through 3 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853; Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c).

### FORFEITURE NOTICE -FIREARMS AND AMMUNITION

2.	Upon conviction of the offenses set forth in Counts 1-3 of this Indictment, the defendant,

### POLICARPIO CARLOS,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms or ammunition involved in the commission of the offenses, including, but not limited to:

   a. a Polymer80 9mm pistol, model PF940SC, with no serial number; and
   b. ammunition.

### FORFEITURE NOTICE – CONTROLLED SUBSTANCES VIOLATIONS

3.   Upon conviction of the offense set forth in Counts 1 and 2 of this Indictment, the defendant,

**POLICARPIO CARLOS,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds obtained, directly or indirectly, as a result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense, including but not limited to:

   a. a Polymer80 9mm pistol, model PF940SC, with no serial number;
   b. ammunition; and
   c. approximately $149,980.00 in U.S. currency seized from the defendant on May 14, 2025.

All pursuant to Titel 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

July 30, 2025                             /s/ Foreperson
DATE                                      FOREPERSON OF THE GRAND JURY


RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ *David P. Zabel*
David P. Zabel

4

Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ph: (913) 551-6708
Fax: (913) 551-6541
Email: david.zabel@usdoj.gov
Ks. S. Ct. No. 17887

> IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

## PENALTIES

**Count 1:   21 U.S.C. § 846, 841(a)(1)(A)(vi) & 841(b)(1)(B)**
**Conspiracy to Distribute and Possess with Intent to Distribute 400 Grams or More of Fentanyl and 500 Grams or More of Cocaine**

- Punishable by a term of imprisonment of not less than five (5) years and no more than forty (40) years.  21 U.S.C. § 841(b)(1)(B).

- A term of supervised release of at least four (4) years.  21 U.S.C. § 841(b)(1)(B).

- A fine not to exceed $5 million.  21 U.S.C. § 841(b)(1)(B).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

If the defendant commits such a violation after a prior conviction for a serious drug felony or serious violent felony has become final, the penalties are:

- A term of imprisonment of not less than ten (10) years and no more than life.  21 U.S.C. § 841(b)(1)(B).

- A term of supervised release of at least eight (8) years.  21 U.S.C. § 841(b)(1)(B).

- A fine not to exceed $8 million.  21 U.S.C. § 841(b)(1)(B).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

**Count 2:  21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(vi)**
**Possession with Intent to Distribute 400 Grams or More of Fentanyl**

- Punishable by a term of imprisonment of not less than ten (10) years and no more than life.  21 U.S.C. § 841(b)(1)(A).

- A term of supervised release of at least five (5) years.  21 U.S.C. § 841(b)(1)(A).

- A fine not to exceed $10 million.  21 U.S.C. § 841(b)(1)(A).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

If the defendant commits such a violation after a prior conviction for a serious drug felony or serious violent felony has become final, the penalties are:

- A term of imprisonment of not less than fifteen (15) years and no more than life. 21 U.S.C. § 841(b)(1)(A).

- A term of supervised release of at least ten (10) years. 21 U.S.C. § 841(b)(1)(A).

- A fine not to exceed $20 million. 21 U.S.C. § 841(b)(1)(A).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

If the defendant commits such a violation after two or more prior conviction for a serious drug felony or serious violent felony has become final, the penalties are:

- A term of imprisonment of not less than twenty-five (25) years and no more than life. 21 U.S.C. § 841(b)(1)(A).

- A term of supervised release of at least ten (10) years. 21 U.S.C. § 841(b)(1)(A).

- A fine not to exceed $20 million. 21 U.S.C. § 841(b)(1)(A).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

### Count 3:  18 U.S.C. § 924(c)(1)(A)(i)
### Possession of a Firearm in Furtherance of a Drug Trafficking Crime

- Punishable by a term of imprisonment of not less than five (5) years and no more than life. 18 U.S.C. § 924(c)(1)(A)(i). This term of imprisonment runs consecutive to any other term of imprisonment imposed on the defendant. 18 U.S.C. § 924(c)(1)(D)(ii). If the defendant has a prior conviction for a violation of § 924(c)(1)(A), the instant offense is punishable by a term of imprisonment of not less than twenty-five (25) years and not more than life. 18 U.S.C. § 924(c)(1)(C)(i).

- A term of supervised release of not more than five (5) years. 18 U.S.C. § 3583(b)(1).

7

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.